FLORENCE H. RECTOR, Respondent, *v.* FIRST TRUST AND DEPOSIT COMPANY, as Executor of JOHN E. RECTOR, Deceased, Appellant.

Submitted September 29, 1947; decided October 2, 1947.

*Albert Orenstein* opposed.

Motion denied, with $10 costs and necessary printing disbursements on the ground that an appeal lies as of right.